IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-420

| | |
|---|---|
| BRANTLEY TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| MAISON DE LUXE, LLC, | ) ) ) |
| Defendant. | ) |

On November 2, 2022, plaintiff moved to remand this action to Cumberland County Superior Court pursuant to 28 U.S.C. § 1447(c) [D.E. 11] and filed a memorandum in support [D.E. 10]. Plaintiff contends that defendant's notice of removal based on diversity of citizenship was untimely. See [D.E. 10] 3–12. Defendant opposes the motion See [D.E. 15].

The court has reviewed the record, the briefs, and the governing law. The court finds that it was apparent from the face of complaint filed in Cumberland County Superior Court on May 31, 2022, that the amount in controversy exceeded $75,000.00. See [D.E. 10] 5. Moreover, because defendant did not file its notice of removal until October 18, 2022, the notice was untimely. See id. at 12; Padgett Props., LLLP v. Nautilus Ins. Co., 7:22-CV-89, 2022 WL 17547469, at *1–3 (E.D.N.C. Dec. 9, 2022) (unpublished).

In sum, the court GRANTS plaintiff's motion to remand [D.E. 11] and REMANDS the action to Cumberland County Superior Court. The court DENIES plaintiff's request for reasonable attorney's fees and costs.

SO ORDERED. This 22 day of December, 2022.

                                                    JAMES C. DEVER III
                                                    United States District Judge